(November 9, 1967)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD STREETER, Appellant.

1108

Concur — Botein, P. J., Stevens, Steuer, Capozzoli and Rabin, JJ.